UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Carl Weiss,<br><br>  Plaintiff,<br><br>  v.<br><br>Lincoln National Life Insurance Company,<br><br>  Defendant. | Civil Action No. 2:24–cv–591 |

## **ORDER**

On or before July 1, 2024, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 24th day of June 2024.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge